UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WEBVENTION LLC | § | |
| | § | |
| Plaintiffs, | § | Case No. 2:11-cv-225 |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| ALLERGAN, INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

In consideration of Plaintiff Webvention LLC's Motion for Dismissal of all claims with prejudice asserted against Defendant SAIC, Inc. ("SAIC"), the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Webvention and SAIC is hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" dated August 8, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

SIGNED this 24th day of August, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE